THE STATE, EX REL. TREAT INVESTMENT COMPANY, INCORPORATED, RELATOR, v. FREDERICK BIGELOW, SUPERINTENDENT OF BUILDINGS OF THE CITY OF NEWARK, AND OTHERS, RESPONDENTS.

Argued October 7, 1925—Decided November 17, 1925.

**Zoning—Stores in Restricted Territory—Board of Adjustment Affirmed Building Inspector's Refusal to Grant Permit—Case Within Rule of Ignaciunas v. Risley—Peremptory Writ Awarded.**

On rule to show cause why a writ of *mandamus* should not issue.

Before Justices TRENCHARD, KATZENBACH and LLOYD.

For the relator, *Isadore H. Colton.*

For the respondents, *Jerome T. Congleton* and *Charles M. Myers.*

PER CURIAM.

This case is before us on a rule directed to Frederick Bigelow, superintendent of buildings of Newark, to show cause why a, peremptory or alternative writ of *mandamus* should not issue requiring the issuance of a permit to the relator for the erection of a building containing stores and dwellings on Wainwright street in that city. The parties have stipulated the facts, and from them it appears that the relator is the owner of a plot of land on Wainwright street containing fifty-nine and ten hundredths feet in front and one hundred feet in depth; that an application was made to the respondent, superintendent of buildings, for a permit, and the legal fee tendered therefor. The application was refused on the ground that the proposed building was forbidden by a zoning ordinance of the city. The relator then appealed to the board of adjustment of the city, a board created by ordinance in pursuance of chapter 146 of the laws of 1924. After hearing, the board of adjustment affirmed the decision of the superintendent of buildings and itself refused to grant the permit. On this state of facts it is apparent that the refusal of the building inspector was not justified. The construction applied for comes clearly within the decision of the Court of Errors and Appeals in the case of *Ignaciunas* v. *Risley,* 2 *N. J. Adv. R.* 852, and that these rights could not be impaired through establishment of a board of adjustment is established by the decision of the same court in the case of Losick *v.* Binda, No. 102, May term, 1925.

The relator is entitled to a peremptory writ of *mandamus* and the same is awarded.